# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | | |
|---|---|---|
| ANDREA MARSHALL | * | CIVIL ACTION NO. 18-0650 |
| VERSUS | * | JUDGE TERRY A. DOUGHTY |
| PLANTATION MANAGEMENT COMPANY, L.L.C., ET AL. | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that the above-captioned cause is remanded to the Fourth Judicial District Court for the Parish of Ouachita, State of Louisiana. 28 U.S.C. § 1447(c).

IT IS FURTHER ORDERED that Defendant's motion to dismiss [Doc. No. 12] is DENIED WITHOUT PREJUDICE.

MONROE, LOUISIANA, this 9th day of August, 2018.

　

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE